**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Carolyn** <br> First Name <br> **Denise** <br> Middle Name <br> **Campbell** <br> Last Name <br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name <br> _____ <br> Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Carolyn** <br> First Name <br> **Tullis** <br> Middle Name <br> **Campbell** <br> Last Name | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _9_ _6_ _6_ _8_ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Carolyn Denise Campbell**    Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.    Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

**Gulf Coast Driving School, Inc.**
Business name

**Capitol Bail Bonds**
Business name

_____
Business name

7  6 – 0  2  8  8  6  5  9
EIN

7  6 – 0  3  3  2  8  9  6
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.    Where you live**

**2716 Green Tee Drive**
Number    Street

_____

**Pearland                TX    77581-5021**
City                      State    ZIP Code

**Harris**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City          State    ZIP Code

**6.    Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Carolyn Denise Campbell**             Case number (if known) _____

**8.**    **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.**    **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| | | | MM / DD / YYYY | |
| District | _____ | When | _____ | Case number _____ |
| | | | MM / DD / YYYY | |
| District | _____ | When | _____ | Case number _____ |
| | | | MM / DD / YYYY | |

**10.**    **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known _____ |
| | | | MM / DD / YYYY | |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known _____ |
| | | | MM / DD / YYYY | |

**11.**    **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Carolyn Denise Campbell**                              Case number (if known) _____

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.
☑ Yes.  Name and location of business

**Capitol Bail Bonds**
Name of business, if any

**607 Houston Avenue**
Number    Street

_____

**Houston**                          **TX**        **77007-7707**
City                                  State        ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑  No.   I am not filing under Chapter 11.

☐  No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐  Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐  Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number    Street

_____

_____    _____    _____
City                              State      ZIP Code

Debtor 1     **Carolyn Denise Campbell** _____     Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Carolyn Denise Campbell** _____   Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

&#9745; No. Go to line 16b.
&#9744; Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

&#9744; No. Go to line 16c.
&#9745; Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

&#9744; No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

&#9745; Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

&#9745; No
&#9744; Yes

**18. How many creditors do you estimate that you owe?**

&#9744; 1-49
&#9745; 50-99
&#9744; 100-199
&#9744; 200-999

&#9744; 1,000-5,000
&#9744; 5,001-10,000
&#9744; 10,001-25,000

&#9744; 25,001-50,000
&#9744; 50,001-100,000
&#9744; More than 100,000

**19. How much do you estimate your assets to be worth?**

&#9744; $0-$50,000
&#9744; $50,001-$100,000
&#9744; $100,001-$500,000
&#9745; $500,001-$1 million

&#9744; $1,000,001-$10 million
&#9744; $10,000,001-$50 million
&#9744; $50,000,001-$100 million
&#9744; $100,000,001-$500 million

&#9744; $500,000,001-$1 billion
&#9744; $1,000,000,001-$10 billion
&#9744; $10,000,000,001-$50 billion
&#9744; More than $50 billion

**20. How much do you estimate your liabilities to be?**

&#9744; $0-$50,000
&#9744; $50,001-$100,000
&#9745; $100,001-$500,000
&#9744; $500,001-$1 million

&#9744; $1,000,001-$10 million
&#9744; $10,000,001-$50 million
&#9744; $50,000,001-$100 million
&#9744; $100,000,001-$500 million

&#9744; $500,000,001-$1 billion
&#9744; $1,000,000,001-$10 billion
&#9744; $10,000,000,001-$50 billion
&#9744; More than $50 billion

| Debtor 1 | **Carolyn Denise Campbell** | | Case number (if known) | |
|---|---|---|---|---|

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Carolyn Denise Campbell**          X _____
Carolyn Denise Campbell, Debtor 1                    Signature of Debtor 2

Executed on **06/02/2020**                              Executed on _____
          MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X   **/s/ Jesse Aguinaga** _____    Date   **06/02/2020** _____
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Jesse Aguinaga** _____
Printed name

**Jesse Aguinaga** _____
Firm Name

**8323 Southwest freeway Suite 670** _____
Number          Street

_____

_____

**Houston** _____    **TX**    **77074** _____
City                                           State    ZIP Code

Contact phone   **(713) 772-7986** _____    Email address **jfa@aguinagaandassociates.com** _____

**00798026** _____    **TX** _____
Bar number                                    State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 8

---

**Fill in this information to identify your case and this filing:**

Debtor 1     **Carolyn**          **Denise**          **Campbell**
             First Name           Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**2716 Green Tee Drive**
Street address, if available, or other description

**Pearland          TX     77581-5021**
City                State  ZIP Code

**Harris**
County

2716 Green Tee Drive, Pearland, TX 77581-5021
Lot 75, Block 4, Green Tee Terrace, Section 1, Harris County, Texas.

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:     **Lt 75, Blk 4, Sec 1**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$323,978.00**          **$323,978.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Absolute**

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

---

| 1.2. | What is the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**607 Houston Avenue**
Street address, if available, or other description

Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☒ Other **Business Property**

**Houston**          **TX**   **77007-7707**
City                State   ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$167,041.00** | **$167,041.00** |

**Harris**
County

**607 Houston Avenue , Houston, TX 77007-7707**
**Tract 8, Block 1, Johnson, Harris County, Texas**

**Who has an interest in the property?**
Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:    **Tract 8, Block 1**

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................... ➔    | **$491,019.00** |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make:    **Nissan**
Model:    **Rogue**
Year:    **2018**
Approximate mileage: **44,918**
Other information:
**2018 Nissan Rogue (approx. 44,918 miles)**

Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,720.58** | **$22,720.58** |

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make:    **Mercedes**
Model:    **E350**
Year:    **2014**
Approximate mileage: **31,319**
Other information:
**2014 Mercedes E350 (approx. 31,319 miles)**

Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$13,995.00** | **$13,995.00** |

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here............................................ ➜ | **$36,715.58** |

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

<div align="right">

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

</div>

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes.  Describe.....  | **Stove$400, Microwave$100, Refrigerator/Freezer$200, Freezer$200, Dishwasher$200, Washing Machine$100, Dryer$100, Living Room Furniture $500, Misc. Table/Service/Cooking Ware$300, Bedroom Furniture$600, Misc. Linens/Bedding$300, Den Furniture$450, Family/Video Room Furniture $300, and Dining Room Furniture$300.** |   **$4,050.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes.  Describe.....  | **3-TVs$300,  1-PC150, 1 Printer/Scanner $80, 1-Still Camera$30, 1-DVD$100, 1-Stereo$30, 1-Cell Phone $220, Misc. electronic devices $300, and 1 Media/Video Player 200.** |   **$1,410.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☒ Yes.  Describe.....  | **Misc. Antiques Wall Hangings/Curios Collectibles/Photos/Household Decorations/  Seasonal Decorations $120** |   **$4,630.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☒ Yes.  Describe.....  | **1 Billiard/Pool Table/Accessories $250** |   **$250.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes.  Describe.....  | |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes.  Describe.....  | **Misc. Clothing $2600, Footwear $300 and Accessories $250.** |   **$3,150.00**

Debtor 1  __Carolyn Denise Campbell_____  Case number (if known) _____

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....  | **Misc. Jewelry/Weddig Banks $10050 and 2 Watches $600.** | **$11,350.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☒ Yes. Give specific information............. | **See continuation page(s).** | **$1,250.00**

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...................................................................** ➔ | **$26,090.00**

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes.................................................................................................. Cash: .........................  _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes...........................  Institution name:

| 17.1. | Checking account: | **Pearland State Bank  Checking account 9562** | **$44.80** |
| 17.2. | Checking account: | **Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds - BBVA Checking Account 4225** | **$163.48** |
| 17.3. | Checking account: | **Chase Checking account 6115** | **($79.02)** |
| 17.4. | Checking account: | **BBVA Checking account 7763** | **$77.79** |
| 17.5. | Checking account: | **Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds - Chase Checking Account 9973** | **($5,336.04)** |
| 17.6. | Savings account: | **Chase Savings account 1623** | **$8.75** |
| 17.7. | Savings account: | **Chase Savings account 6099** | **$42.03** |

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................   Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
             profit-sharing plans

    ☐ No
    ☑ Yes.  List each
    account separately.     Type of account:     Institution name:

    |  | IRA: | **IRA Account #4296** | $10,983.38 |
    |--|------|------------------------|------------|
    |  | IRA: | **Second IRA Account #7476** | $10,997.82 |
    |  | Retirement account: | **Annuity Retirement account 4370** | $19,020.21 |
    |  | Retirement account: | **Second Annity Retirement account 6829** | $7,068.76 |
    |  | Retirement account: | **Deceased  Spouse Employer/Former [ERISA] Retirement account** | $19,384.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes...........................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes...........................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property.**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
    information about them

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☒ Yes. Give specific information about them

| County Required Bailbondman License 2641 (value based on state renewal fee) | $166.66 |
| --- | --- |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value................   Company name:              Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No
☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim........ _____

Debtor 1    __Carolyn Denise Campbell_____    Case number (if known) _____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes.  Describe each claim........

| | |
|---|---|
| Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds - Property Easement Issue - 607 Houston Avenue, Houston, TX 77007-7707 - Chris Cruz , 3206 McElroy Drive, Austin, TX 78757 | **Unknown** |

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................➔**   **$62,542.62**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

*Current value of the portion you own?*
*Do not deduct secured claims or exemptions.*

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes.  Describe..

| | |
|---|---|
| Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds:  1 - metal file cabinet w/lock $100, 1 - fax machine/copier $100, 4 - computers $800, 1 executive desk $100, 2 - credenzas $200, 1 - printer (inoperable) $25, 1 - wheeled desk chair $25, 2 wing back chairs $100, 5 - "built in" file cabinets $500,  4 - desks w/extensions $400, 25 - 5 drawer metal file cabinets $250, 7 phone "Nortel Office System" $100, 4 - benches $80, 3 - wooden file cabinets $75, 1 - wooden side table $50, 5 - wheeled cloth type desk chairs $25,  2 - wooden desk chairs $100, 2 wooden pencil holders $10, 1 - brass pencil holder $20, 2 cloth non-wheeled desk chairs $40,  2 - lamps $20, 2 rolodex card organizer $10, 7 decorative book VHS holders $35, 2 - decorative book wall art pieces $20, 2 - decorative book end $10, 3 "faux" marble decorations $30, Misc. Ashtrays $10, Misc Decorative Plastic Plants $20, 1 - HP copier $50,  1 - schredding machine $20, 1 - Whirpool Refrigerator $50, 3 - "built in" vertical metal files $60, 2 - "built in" drawer files $20,  1 - metal file w/lock $20, 1 wall mirrow $15, 2 crenenza wall cabinets $40, 1 Ozarka Water Bottle $5, 1 microwave $20, 1 large shredder $100, 6 neon signs $60, 2 - exterior planters $20, 1 large trash can w/cover $10, 1 -kitchen telephone w/table $10, 1 - small couch $50, 1 - coffee table $20, misc. decorative tables/stands/pictures $100, 6 - small office trash cans $30, 1 - sofa table w/wheeled foot stools $50, 3 - stack "nesting" tables $30, 1 - oriental curio cabinet $100, 1 - time clock $5, 4 electric type writers $40, misc. office supplies $200, misc. cleaning supplies $100, misc. kitchen plastic serving/cooking utensils/plates $20, 1 - 6 ft ladder $20, 1 hand truck/dollie $20, 1 mop and bucket $10, Misc. Christmas decorations $100. | **$4,650.00** |

Debtor 1 __Carolyn Denise Campbell_____ Case number (if known) _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. [_____]  _____

**41. Inventory**

☑ No
☐ Yes. Describe.. [_____]  _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity: _____ % of ownership: _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.... [_____]  _____

**44. Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information.

    **Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds- Harris County District Attorney's Office - Chase Bank - Nine (9) Certificates of Deposit - Cash Criminal Bond Collateral.**    **$150,000.00**

    **Carolyn Denise Campbell f.d.b.a. Capitol Bail Bonds- Account Monies Owed:  1 - Donne London c/o Camalia Smith $450.00; 2 - Juan Francisco Flores c/o Maria Hernandez $300.00; 3 - Henry West c/o Jessica Tillman $410; 4 - Jacob Asocar c/o Ashley Wright $410; 5 - Oscar Rodriguez c/o Jill Richardson $600.00; 6 - Jonatan Marmolejo c/o Martin Marmolego $7740.00, 7 - David Rosas c/o Thomas Davia $3100.00, 8 - William Batz Buluz c/o Juana Petrona $450.00; 9 - Chris Christman c/o Raquel Christman $100.00; 10 - Richie Desira c/o Renee M. Rodriguez $1000.00; 11 - Wilson Martinez c/o Guadalupe Garcia $200.00; 12 Cruz Gregario Garcia c/o Peggy Luna $3000.00.**    **$19,470.00**

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................➔**  | **$174,120.00** |

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... [_____]  _____

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information............... [_____]    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... [_____]    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... [_____]    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information............... [_____]    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**..................................................................➔ [ **$0.00** ]

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:*  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔ [ **$0.00** ]

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**..........................................................................................➔ [ **$491,019.00** ]

56. **Part 2: Total vehicles, line 5**    _____ **$36,715.58**

57. **Part 3: Total personal and household items, line 15**    _____ **$26,090.00**

58. **Part 4: Total financial assets, line 36**    _____ **$62,542.62**

59. **Part 5: Total business-related property, line 45**    _____ **$174,120.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    _____ **$0.00**

61. **Part 7: Total other property not listed, line 54**    + _____ **$0.00**

62. **Total personal property.**    Add lines 56 through 61.................. [ **$299,468.20** ]    Copy personal property total ➔ **+** **$299,468.20**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................... [ **$790,487.20** ]

Debtor 1      **Carolyn Denise Campbell**                                    Case number (if known) _____

14.   **Any other personal and household items you did not already list (details):**

   **Foodstuffs, Sundries and Supplies. $430**                                                      **$450.00**

   **1 Wheel Chair $110, 1 Walker $40,  1 Bathing Chair, $20 and 1 Blood Pressure Machine $30**          **$200.00**

   **Misc. Household Tools $100/Pool Tools-Supplies $100 and Outdoos Furniture Set $300.**              **$500.00**

   **Bible/Misc. Religious Items.**                                                                  **$100.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2716 Green Tee Drive, Pearland, TX 77581-5021**<br>**Lot 75, Block 4, Green Tee Terrace, Section 1, Harris County, Texas.**<br>**Parcel: Lt 75, Blk 4, Sec 1**<br>Line from *Schedule A/B*: __**1.1**__ | $323,978.00 | ☑ $323,978.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2014 Mercedes E350 (approx. 31,319 miles)**<br>Line from *Schedule A/B*: __**3.2**__ | $13,995.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

Debtor 1     **Carolyn Denise Campbell** _____     Case number (if known) _____

| Part 2: | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Stove$400, Microwave$100, Refrigerator/Freezer$200, Freezer$200, Dishwasher$200, Washing Machine$100, Dryer$100, Living Room Furniture$500, Misc. Table/Service/Cooking Ware$300, Bedroom Furniture$600, Misc. Linens/Bedding$300, Den Furniture$450, Family/Video Room Furniture $300, and Dining Room Furniture$300.**<br>Line from *Schedule A/B*:     **6** | **$4,050.00** | ☑  **$4,050.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3-TVs$300,  1-PC$150, 1 Printer/Scanner $80, 1-Still Camera$30, 1-DVD$100, 1-Stereo$30, 1-Cell Phone $220, Misc. electronic devices $300, and 1 Media/Video Player 200.**<br>Line from *Schedule A/B*:     **7** | **$1,410.00** | ☑  **$1,410.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Antiques Wall Hangings/Curios Collectibles/Photos/Household Decorations/  Seasonal Decorations $120**<br>Line from *Schedule A/B*:     **8** | **$4,630.00** | ☑  **$4,630.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Billiard/Pool Table/Accessories $250**<br>Line from *Schedule A/B*:     **9** | **$250.00** | ☑  **$250.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Clothing $2600, Footwear $300 and Accessories $250.**<br>Line from *Schedule A/B*:     **11** | **$3,150.00** | ☑  **$3,150.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Misc. Jewelry/Weddig Banks $10050 and 2 Watches $600.**<br>Line from *Schedule A/B*:     **12** | **$11,350.00** | ☑  **$11,350.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Foodstuffs, Sundries and Supplies. $430**<br>Line from *Schedule A/B*:     **14** | **$450.00** | ☑  **$450.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(2)** |

Debtor 1   **Carolyn Denise Campbell**                                    Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 Wheel Chair $110, 1 Walker $40, 1 Bathing Chair, $20 and 1 Blood Pressure Machine $30**<br>Line from *Schedule A/B*: __14__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)** |
| Brief description:<br>**Misc. Household Tools $100/Pool Tools-Supplies $100 and Outdoos Furniture Set $300.**<br>Line from *Schedule A/B*: __14__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bible/Misc. Religious Items.**<br>Line from *Schedule A/B*: __14__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(4)** |
| Brief description:<br>**IRA Account #4296**<br>Line from *Schedule A/B*: __21__ | $10,983.38 | ☑ $10,983.38<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Annuity Retirement account 4370**<br>Line from *Schedule A/B*: __21__ | $19,020.21 | ☑ $19,020.21<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Second Annity Retirement account 6829**<br>Line from *Schedule A/B*: __21__ | $7,068.76 | ☑ $7,068.76<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Deceased  Spouse Employer/Former [ERISA] Retirement account**<br>Line from *Schedule A/B*: __21__ | $19,384.00 | ☑ $19,384.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Second IRA Account #7476**<br>Line from *Schedule A/B*: __21__ | $10,997.82 | ☑ $10,997.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn**<br>First Name | **Denise**<br>Middle Name | **Campbell**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>List All Secured Claims</strong></td></tr>
</table>

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Harris County et al.**
Creditor's name
**Linebarger Goggan Blair & Sampson**
Number    Street
**P.O. Box 3064**

**Houston                TX    77253-3064**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred

Describe the property that secures the claim:

**607 Houston Avenue ,
Houston, TX 77007-7707**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Taxes**

Last 4 digits of account number ___ ___ ___ ___

| $7,668.23 | $167,041.00 | |
|---|---|---|

Add the dollar value of your entries in Column A on this page. Write that number here:

| $7,668.23 |
|---|

Debtor 1   **Carolyn Denise Campbell**                                                Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Harris County et al.**
Creditor's name
**Linebarger Goggan Blair & Sampson**
Number   Street
**P.O. Box 3064**

_____

**Houston          TX   77253-3064**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**Business
Implements/Equipment/Furnis
hings**

| | $109.48 | $4,650.00 | _____ |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.3**

**Nissan Motor Acceptance Corp.**
Creditor's name
**POB 660366**
Number   Street

_____

**Dallas          TX   75266**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**2018 Nissan Rogue (approx.
44,918 miles)**

| | $17,990.00 | $22,720.58 | _____ |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Retail Installement Contract**

**Last 4 digits of account number**   0   0   0   1

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| **$18,099.48** |

Debtor 1    **Carolyn Denise Campbell**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.4**

**Pearland State Bank**
Creditor's name
**2301 North Main**
Number    Street

_____

**Pearland**          **TX**   **77581**
City                State  ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**607 Houston Avenue ,
Houston, TX 77007-7707**

| $126,023.82 | $167,041.00 | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Mortgage**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

**Pearland State Bank**
Creditor's name
**2301 North Main**
Number    Street

_____

**Pearland**          **TX**   **77581**
City                State  ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2014 Mercedes E350 (approx. 31,319 miles)**

| $17,946.60 | $13,995.00 | $3,951.60 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Outstanding Debt**

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $143,970.42 |

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $169,738.13 |

Official Form 106D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 3

Debtor 1    **Carolyn Denise Campbell**             Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Chris Cruz**
Name
**3206 McElroy Drive**
Number      Street

**Austin**           **TX**     **78757**
City           State    ZIP Code
**Property Easement Issue - 1508 State Street, Houston, TX 77007**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    ___ ___ ___ ___

**2**

**Harris County et al.**
Name
**Linebarger Goggan Blair & Sampson LLP**
Number      Street
**P.O. Box 3064**

**Houston**          **TX**     **77253-3064**
City           State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    ___ ___ ___ ___

**3**

**Perdue Brandon Fielder Collins & Motts**
Name
**Fielder Collins & Motts LLP**
Number      Street
**1235 North Loop West Suite 600**

**Houston**          **TX**     **77008**
City           State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    ___ ___ ___ ___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

---

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $10,922.96 | $10,922.96 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**P O Box 7346**
Number          Street

_____

**Philadelphia**          **PA**   **19101-7346**
City                              State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

---

Debtor 1     **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

| **Acxel Maudilio Coronado** | **$700.00** |

Nonpriority Creditor's Name
**c/o Marlon M. Angeles**
Number       Street
**14822 Mesa Drive**

_____
**Houston                    TX        77053**
City                              State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0   5   8   9

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Bail Bond Refund Monies**

**4.2**

| **Adrian Cardenas** | **$4,000.00** |

Nonpriority Creditor's Name
**c/o Sabino Yglesias**
Number       Street
**8600 South Course Drive #1919**

_____
**Houston                    TX        77099**
City                              State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   6   6   5   4

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Bail Bond Refund Monies**

Debtor 1 **Carolyn Denise Campbell**                     Case number (if known) _____

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | **Unknown** |

**ADT Security Service**
Nonpriority Creditor's Name
**PO Box 371878**
Number     Street

**Pittsburgh          PA      15250-7878**
City               State    ZIP Code

Last 4 digits of account number   **1   3   6   4**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Utlity Account**

Is the claim subject to offset?
☑ No
☐ Yes

| 4.4 | | **$30,428.12** |

**American Express**
Nonpriority Creditor's Name
**PO Box 650448**
Number     Street

**Dallas          TX      75265**
City               State    ZIP Code

Last 4 digits of account number   **8   0   0   5**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

| 4.5 | | **$9,220.82** |

**American Express National Bank**
Nonpriority Creditor's Name
**4315 South 2700 West**
Number     Street

**Salt Lake City      UT      84184**
City               State    ZIP Code

Last 4 digits of account number   **3   0   0   5**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1  **Carolyn Denise Campbell**                              Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.6**                                                                                      **$5,097.49**

**American Express National Bank**
Nonpriority Creditor's Name
**4315 South 2700 West**
Number        Street

_____

**Salt Lake City          UT      84184**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   0   0   6
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.7**                                                                                      **$1,037.41**

**American Express National Bank**
Nonpriority Creditor's Name
**4315 South 2700 West**
Number        Street

_____

**Salt Lake City          UT      84184**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   0   0   0
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.8**                                                                                      **$1,450.00**

**Andreas Tomescu**
Nonpriority Creditor's Name
**c/o Laura Tomescu**
Number        Street
**6600 Dunlap #200**

**Houston, TX**

City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   1   3   0
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Bail Bond Refund Monies**

Debtor 1    **Carolyn Denise Campbell**                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                                         $3,685.11

**Capital One**                    Last 4 digits of account number    8  4  3  0
Nonpriority Creditor's Name
**PO Box 60599**                   When was the debt incurred?    _____
Number        Street
_____         As of the date you file, the claim is: Check all that apply.
_____             ☐ Contingent
                                       ☐ Unliquidated
**City of Industry        CA    91716-0599**   ☐ Disputed
City                State    ZIP Code
Who incurred the debt?    Check one.    Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only               that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
                                          **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.10**                                                                                        $4,855.38

**Chase Amazon Prime**             Last 4 digits of account number    4  9  2  7
Nonpriority Creditor's Name
**PO Box 15123**                   When was the debt incurred?    _____
Number        Street
_____         As of the date you file, the claim is: Check all that apply.
_____             ☐ Contingent
                                       ☐ Unliquidated
**Wilmiington        DE    19805**     ☐ Disputed
City                State    ZIP Code
Who incurred the debt?    Check one.    Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only               that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
                                          **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.11**                                                                                        $74,290.87

**Chase Bank**                     Last 4 digits of account number    2  9  2  0
Nonpriority Creditor's Name
**PO Box 6026**                    When was the debt incurred?    _____
Number        Street
_____         As of the date you file, the claim is: Check all that apply.
_____             ☐ Contingent
                                       ☐ Unliquidated
**Chicago        IL    60680-6026**    ☐ Disputed
City                State    ZIP Code
Who incurred the debt?    Check one.    Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only               that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
                                          **Line of Credit**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Carolyn Denise Campbell**                                   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**Chase Bank**
Nonpriority Creditor's Name
**PO Box 6026**
Number     Street

**Chicago**              **IL**    **60680-6026**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   9  9  7  3
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Bank Overdraft**

$5,336.04

### 4.13

**Chase Bank**
Nonpriority Creditor's Name
**PO Box 6026**
Number     Street

**Chicago**              **IL**    **60680-6026**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   6  1  1  5
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Bank Overdraft**

$79.02

### 4.14

**City of Houston Water**
Nonpriority Creditor's Name
**POBox 1560**
Number     Street

**Houston**              **TX**    **77251-1560**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   1  2  0  2
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Utlity Account**

$363.04

Debtor 1    **Carolyn Denise Campbell**      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.15**                             **Unknown**

**Comcast Business**
Nonpriority Creditor's Name
**PO Box 60533**
Number      Street

**City of Industry**     **CA**    **91716-0533**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3**   **1**   **2**   **7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Utlity Account**

---

**4.16**                             **Unknown**

**Constallation New Energy**
Nonpriority Creditor's Name
**PO Box 5471**
Number      Street

**Carol Stream**     **IL**    **60197-5471**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Utlity Account**

---

**4.17**                             **$2,650.00**

**Derit Maldonado**
Nonpriority Creditor's Name
**c/o Katia Romero**
Number      Street
**4507 Rawlings Street**

**Houston**     **TX**    **77006**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2**   **9**   **6**   **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **ICE Immigration Hold**

---

Debtor 1    **Carolyn Denise Campbell**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**$1,013.46**

**Dillards/Wells Fargo**
Nonpriority Creditor's Name
**PO Box 51193**
Number      Street

**Los Angeles          CA     90051-5493**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   0   4   2

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

### 4.19

**$20,380.89**

**Discover Bank**
Nonpriority Creditor's Name
**Discover Card**
Number      Street
**PO Box 30923**

**Salt Lake City          UT     84130**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3   7   7   8

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

### 4.20

**$1,112.50**

**Douglas Talon Perez**
Nonpriority Creditor's Name
**c/o Edwin R. Tolon Tecu**
Number      Street
**7930 Corporate Drive #129**

**Houston, TX**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   4   3   6

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bail Bond Refund Monies**

Debtor 1    **Carolyn Denise Campbell**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**                                                                                          **$8,586.81**

**First National Bank of Omaha**          Last 4 digits of account number    **4   5   2   2**
Nonpriority Creditor's Name
**PO Box 2557**                           When was the debt incurred?    _____
Number        Street
                                          **As of the date you file, the claim is:** Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Omaha**                **NE**   **68103-2557**   ☐ Disputed
City                     State    ZIP Code
Who incurred the debt?   Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
                                          **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.22**                                                                                          **$1,250.00**

**Francisco Gonzalez-Hernandez**          Last 4 digits of account number    **0   8   9   0**
Nonpriority Creditor's Name
**c/o Rosalina Gomez-Arias**              When was the debt incurred?    _____
Number        Street
**6401 Skyline Drive**                    **As of the date you file, the claim is:** Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Houston**              **TX**   **77057**    ☐ Disputed
City                     State    ZIP Code
Who incurred the debt?   Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
                                          **Bail Bond Refund Monies**
Is the claim subject to offset?
☑ No
☐ Yes

**4.23**                                                                                          **$2,250.00**

**Francisco Gonzalez-Martinez**           Last 4 digits of account number    **5   7   4   5**
Nonpriority Creditor's Name
**c/o Eric Galicia**                      When was the debt incurred?    _____
Number        Street
**21703 Timber Lane**                     **As of the date you file, the claim is:** Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Porter**               **TX**   **77365**    ☐ Disputed
City                     State    ZIP Code
Who incurred the debt?   Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
                                          **Bail Bond Refund Monies**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Carolyn Denise Campbell**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.24 | | **$850.00** |
|---|---|---|

**Gilbert Sis**
Nonpriority Creditor's Name
**c/o Octavio Sandoval**
Number    Street
**18823 Summer Home Drive**

**Humble                     TX        77346**
City                                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6   6   9   7

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Bail Bond Refund Monies**

| 4.25 | | **$9,842.81** |
|---|---|---|

**Good Law Firm**
Nonpriority Creditor's Name
**5604 Old Bullard Road, Ste. 102**
Number    Street

**Tyler                       TX        75703**
City                                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Legal Services**

| 4.26 | | **$0.00** |
|---|---|---|

**Hector J. Diaz Mejia**
Nonpriority Creditor's Name
**c/o Tesla  Reyes Ayala**
Number    Street
**2187 Hodges**

**Houston, TX**

City                                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Bail Bond Refund Monies**

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**
                                                                                                                      **$1,250.00**

**Hector J. Diaz Mejia**
Nonpriority Creditor's Name
**c/o Tesla Reyes Ayala**
Number     Street
**2187 Hodges Street**

**Houston                    TX      77521**
City                        State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **6   5   7   3**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Bail Bond Refund Monies**

**4.28**
                                                                                                                      **$750.00**

**Ines Franco-Alfaro**
Nonpriority Creditor's Name
**c/o Fermin Franco-Alfaro**
Number     Street
**8627 Morley Street**

**Houston                    TX      77061**
City                        State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   6   1   9**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Bail Bond Refund Monies**

**4.29**
                                                                                                                      **$2,250.00**

**Jeovanny Misael**
Nonpriority Creditor's Name
**Ostorga Hernandez**
Number     Street
**c/o Johnny Diaz**
**5738 Fontenelle Drive**

**Houston                    TX      77035**
City                        State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **5   5   6   9**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Bail Bond Refund Monies**

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.30

$1,750.00

**Jose Alfredo**
Nonpriority Creditor's Name
**c/o Nora R. Castillo**
Number    Street
**14121 Callahan Drive**

**Houston                    TX        77049**
City                                  State    ZIP Code

**Last 4 digits of account number**    **1    0    9    0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Bail Bond Refund Monies**

### 4.31

$2,000.00

**Jose Carlos Funez**
Nonpriority Creditor's Name
**c/o Katia Romero**
Number    Street
**4507 Rawlings Street**

**Houston                    TX        77006**
City                                  State    ZIP Code

**Last 4 digits of account number**    **2    9    7    1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **ICE Immigration Hold**

### 4.32

$1,350.00

**Jose Ola**
Nonpriority Creditor's Name
**c/o Jose Ruiz**
Number    Street
**9807 Plum Ridge Drive**

**Houston                    TX        77064**
City                                  State    ZIP Code

**Last 4 digits of account number**    **4    0    3    4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Bail Bond Refund Monies**

Debtor 1   **Carolyn Denise Campbell**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.33 | | **$2,250.00** |

**Jose R. Alvarez-Campos**
Nonpriority Creditor's Name
**c/o Isara Solorzano**
Number    Street
**4330 Baneway Drive**

**Houston                TX      77072**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   9   6   2
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Bail Bond Refund Monies**

| 4.34 | | **$750.00** |

**Jose Salvador**
Nonpriority Creditor's Name
**c/o Maria Gonzalez**
Number    Street
**5947 Hartwick Road**

**Houston                TX      77016**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    5   6   7   4
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bail Bond Refund Monies**

| 4.35 | | **$2,250.00** |

**Juan Alberto Flores**
Nonpriority Creditor's Name
**c/o Victoria Bravo**
Number    Street
**27808 Red Fox Road**

**Tomball                TX      77377**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   5   7   6
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bail Bond Refund Monies**

Debtor 1 **Carolyn Denise Campbell**     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.36

**$1,250.00**

**Julian J. Baquiax-Vasquz**
Nonpriority Creditor's Name
**c/o Santos Rosales**
Number    Street
**6200 Marinette Drive**

**Houston**          **TX**    **77036**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    9  7  1  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Bail Bond Refund Monies**

---

### 4.37

**$1,250.00**

**Kenia Strevalo Jiminez**
Nonpriority Creditor's Name
**c/o Abby Santos**
Number    Street
**6311 Brooklawn Drive**

**Houston**          **TX**    **77085**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    8  0  8  3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Bail Bond Refund Monies**

---

### 4.38

**$1,600.00**

**Llobani Fernandez**
Nonpriority Creditor's Name
**c/o Mayra Fernandez**
Number    Street
**8614 Anacortes Street**

**Houston**          **TX**    **77016**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    7  6  7  9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Bail Bond Refund Monies**

---

Debtor 1    **Carolyn Denise Campbell**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39**                                                                          $13,969.85

**Lowe's**                               Last 4 digits of account number    **0   7   2   5**
Nonpriority Creditor's Name
**PO Box 530970**                        **When was the debt incurred?** _____
Number        Street
_____               **As of the date you file, the claim is:** Check all that apply.
_____               ☐ Contingent
                                         ☐ Unliquidated
**Atlanta**            **GA**   **30353-0970**   ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**         **Credit Card**
☑ No
☐ Yes

**4.40**                                                                          $2,155.00

**Manuel Rocha**                         Last 4 digits of account number    **9   5   5   0**
Nonpriority Creditor's Name
**c/o David Zalazar and**                **When was the debt incurred?** _____
Number        Street
**Frank De La O**                        **As of the date you file, the claim is:** Check all that apply.
                                         ☐ Contingent
**Houston, TX**                          ☐ Unliquidated
_____               ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**         **Bail Bond Refund Monies**
☑ No
☐ Yes

**4.41**                                                                          $2,250.00

**Marcelino J. Tale-Tiu**                Last 4 digits of account number    **4   7   1   9**
Nonpriority Creditor's Name
**c/o Elizabeth Reuna & Carlos Tale-Tiu**  **When was the debt incurred?** _____
Number        Street
**12117 Aldine Westfield Road**          **As of the date you file, the claim is:** Check all that apply.
                                         ☐ Contingent
**Houston**            **TX**   **77093**   ☐ Unliquidated
City                  State    ZIP Code  ☐ Disputed
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**         **Bail Bond Refund Monies**
☑ No
☐ Yes

Debtor 1    **Carolyn Denise Campbell**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.42

**$1,250.00**

**Mariel Vasquez**
Nonpriority Creditor's Name
**c/o Hermes Meza**
Number    Street
**524 Hill Road**

**Houston**            **TX**    **77037**
City                  State   ZIP Code

Last 4 digits of account number    **7   2   1   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bail Bond Refund Monies**

### 4.43

**$2,220.45**

**Office Depot**
Nonpriority Creditor's Name
**PO Box 78004, Dept. 56**
Number    Street

**Phoenix**            **AZ**    **85062-8004**
City                  State   ZIP Code

Last 4 digits of account number    **9   4   2   1**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Revolving Charge Account**

### 4.44

**$9,724.56**

**Pearland State Bank**
Nonpriority Creditor's Name
**2301 North Main**
Number    Street

**Pearland**           **TX**    **77581**
City                  State   ZIP Code

Last 4 digits of account number    **0   8   3   8**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Outstanding Debt**

Debtor 1   **Carolyn Denise Campbell** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.45**

**$1,950.57**

**Ricoh/Wells Fargo**
Nonpriority Creditor's Name
**PO Box 650016**
Number      Street
_____
_____

**Dallas**            **TX**      **75265-0016**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   5  1  6  8
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Lease**

**4.46**

**$850.00**

**Rocael E. Lopez**
Nonpriority Creditor's Name
**c/o Esteban A. Gonzalez**
Number      Street
**16243 April Ridge Drive**
**Houston, TX77083**

City                State    ZIP Code
**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   6  2  5  7
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Bail Bond Refund Monies**

**4.47**

**$1,250.00**

**Ruben Hernandez-Jimenez**
Nonpriority Creditor's Name
**c/o Arnulfo Banda**
Number      Street
**10107 Southport Drive**

**Housto**            **TX**      **77089**
City                State    ZIP Code
**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   6  1  6  4
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Bail Bond Refund Monies**

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.48**

| | **$100.00** |
|---|---|

**Samuel Hernandez**
Nonpriority Creditor's Name
**c/o Laura Nunez Ramos**
Number    Street
**4742 Yale #28**
_____

**Houston**            **TX**    **77018**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4   9   2   6**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bail Bond Refund Monies**

**4.49**

| | **$3,923.32** |
|---|---|

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**PO Box 960061**
Number    Street
_____

**Orlando**            **FL**    **32896-0061**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2   4   6   4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.50**

| | **$3,384.53** |
|---|---|

**Synchrony Bank/HSN Card**
Nonpriority Creditor's Name
**PO Box 530905**
Number    Street
_____

**Atlanta**            **GA**    **30353-0905**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **0   5   1   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1   **Carolyn Denise Campbell**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.51**                                                                                                        **$558.36**

**Synchrony Bank/QVC**                                          Last 4 digits of account number    5   8   0   9
Nonpriority Creditor's Name
**PO Box 530905**                                              When was the debt incurred?    _____
Number       Street
                                                              As of the date you file, the claim is: Check all that apply.
_____                        ☐ Contingent
_____                        ☐ Unliquidated
                                                                 ☐ Disputed
**Atlanta**                          **GA    30353-0905**
City                        State    ZIP Code                  Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.                           ☐ Student loans
☑ Debtor 1 only                                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                                     that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another                        ☑ Other. Specify
☐ Check if this claim is for a community debt                    **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.52**                                                                                                        **$2,000.00**

**Talon Taylor**                                              Last 4 digits of account number    4   5   2   1
Nonpriority Creditor's Name
**5411 Laura Lee Lane**                                       When was the debt incurred?    _____
Number       Street
                                                              As of the date you file, the claim is: Check all that apply.
_____                        ☐ Contingent
_____                        ☐ Unliquidated
                                                                 ☐ Disputed
**Pasadena**                          **TX    77504**
City                        State    ZIP Code                  Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.                           ☐ Student loans
☑ Debtor 1 only                                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                                     that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another                        ☑ Other. Specify
☐ Check if this claim is for a community debt                    **Bail Bond Refund Monies**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.53**                                                                                                        **$2,717.21**

**TJX Rewards/SYNCB**                                         Last 4 digits of account number    1   7   8   1
Nonpriority Creditor's Name
**PO Box 530949**                                             When was the debt incurred?    _____
Number       Street
                                                              As of the date you file, the claim is: Check all that apply.
_____                        ☐ Contingent
_____                        ☐ Unliquidated
                                                                 ☐ Disputed
**Atlanta**                          **GA    30353-0949**
City                        State    ZIP Code                  Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.                           ☐ Student loans
☑ Debtor 1 only                                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                                     that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another                        ☑ Other. Specify
☐ Check if this claim is for a community debt                    **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.54**                                                                                                   **$17,983.81**

**US Bank**                                   Last 4 digits of account number    2   5   8   7
Nonpriority Creditor's Name
**PO Box 108**                                When was the debt incurred?    _____
Number       Street

                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**St Louis**          **MO**   **63179-0408** ☐ Disputed
City               State    ZIP Code
Who incurred the debt?    Check one.          Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?                  **Outstanding Debt**
☑ No
☐ Yes

**4.55**                                                                                                   **$8,327.26**

**US Bank/Kroger**                            Last 4 digits of account number    7   8   2   1
Nonpriority Creditor's Name
**PO Box 790408**                             When was the debt incurred?    _____
Number       Street

                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**St Louis**          **MO**   **63179-0408** ☐ Disputed
City               State    ZIP Code
Who incurred the debt?    Check one.          Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?                  **Credit Card**
☑ No
☐ Yes

**4.56**                                                                                                   **$1,250.00**

**Valente Pena Avila**                        Last 4 digits of account number    9   6   8   9
Nonpriority Creditor's Name
**c/o Jennifer Marin**                        When was the debt incurred?    _____
Number       Street
**61181 Rollins Street**
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Houston**           **TX**   **77091**      ☐ Disputed
City               State    ZIP Code
Who incurred the debt?    Check one.          Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?                  **Bail Bond Refund Monies**
☑ No
☐ Yes

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Barbara Arnold**
Name
**4065 Osby Drive**
Number      Street

**Houston**              **TX**     **77025**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Bridgett J. Ford**
Name
**Regional Account Resolution Spec.**
Number      Street
**1738 Bass Road**

**Macon**                **GA**     **31210**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Ricoh**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Capital Management Services, LP**
Name
**698 1/2 South Ogden Street**
Number      Street

**Buffalo**              **NY**     **14206-2317**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Discover**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Bank**

Last 4 digits of account number    3  7  7  8

---

**Capital One**
Name
**PO Box 60599**
Number      Street

**City of Industry**     **CA**     **91716-0599**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    8  5  7  9

---

**Capital One**
Name
**PO Box 60599**
Number      Street

**City of Industry**     **CA**     **91716-0599**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0  3  4  2

Debtor 1  **Carolyn Denise Campbell** _____  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Chris Christman**
Name
**c/o Raquel Christman**
Number      Street
**5900 Selinksky Road #106**

_____
**Housoton**          **TX**    **77048**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

---

**Cruz Gregovio Garcia**
Name
**c/o Peggy Luna**
Number      Street
**6000 West Sunforest Drive #2415**

_____
**Houston**          **TX**    **77092**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

---

**Donnie London**
Name
**c/o Camalia Smith**
Number      Street
**4840 Jarmese Street**

_____
**Houston**          **TX**    **77033**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

---

**Equifax**
Name
**1550 Peachtree Street NE**
Number      Street

_____
**Atlanta**          **GA**    **30309**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

---

**Experian**
Name
**475 Anton Blvd.**
Number      Street

_____
**Costa Mesa**          **CA**    **92626**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

---

**Harris County Attorney's Office**
Name
**1019 Congress Street, Ste 15**
Number      Street

_____
**Houston**          **TX**    **77002**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____ **Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Harris County District Attorney's Office**
Name
**1201 Franklin Street,  Ste 600,**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77002**
City                State    ZIP Code

---

**Harris County Sheriff's Office**
Name
**JPC- Bonding Division**
Number      Street
**700 North San Jacinto Street**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77002**
City                State    ZIP Code

---

**Harris County Treasurer's Office**
Name
**1001 Preston, Rm 652**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77002**
City                State    ZIP Code

---

**Jessica Asocar**
Name
**c/o Ashely Wright**
Number      Street
**3817 Polk Lane**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Deer Park**        **TX**    **77536**
City                State    ZIP Code

---

**Jonatan Marmolejo**
Name
**c/o Martin Marmolejo**
Number      Street
**6410 Kernel Street**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77087**
City                State    ZIP Code

---

**Juan Francisco Flores**
Name
**c/o Maris Hernandez**
Number      Street
**7930 Corporate #149**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77036**
City                State    ZIP Code

Debtor 1    **Carolyn Denise Campbell**                          Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Mike Goudy**
Name
**400 Briarmeadow**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Outstanding Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Friendswood**      **TX**    **77546**
City                State    ZIP Code

---

**Office of the Attorney General**
Name
**Bankruptcy - Collections Division MC-008**
Number       Street
**PO Box 12548**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Austin**           **TX**    **78711-2548**
City                State    ZIP Code

---

**Oscar Rodriguez**
Name
**c/o Jill Richardson**
Number       Street
**2815 Rasberry Lane**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Pasadena**         **TX**    **77502**
City                State    ZIP Code

---

**Provident Life & Accident Insurnce Co.**
Name
**PO Box 740591**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Atlanta**          **GA**    **30374-0591**
City                State    ZIP Code

---

**Richie Desira**
Name
**c/o Renee M. Rodriguz**
Number       Street
**10330 Pillot Street**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**          **TX**    **77029**
City                State    ZIP Code

---

**Texas Comptroller of Public Accounts**
Name
**111 East 17th Street**
Number       Street
**Austin, Texas, 78774**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

City                State    ZIP Code

---

Debtor 1   **Carolyn Denise Campbell**                         Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Texas Workforce Commission**
Name
**Regulatory Intigrity Division - SAU**
Number      Street
**101 E. 15th Street, Room 556**

**Austin**                **TX**    **78778-0001**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**The Degrasse Law Firm, PC**
Name
**1800 Bering Drive, Suite 1000**
Number      Street


**Houston**               **TX**    **77057**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Attorney for - American**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Express Natl. Bank**

Last 4 digits of account number  ___ ___ ___ ___

---

**TransUnion Credit Bureau**
Name
**Wanderers Office Park**
Number      Street
**52 Corlett Drive, Illovo, 2196**


_____
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**US Trustee**
Name
**Office of the US Trustee**
Number      Street
**515 Rusk Ave.,**


**Houston**               **TX**    **77002**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**William Batz Bulux**
Name
**c/o Juana Petrona**
Number      Street
**9853 Meadowgglen Lane #171**


**Houston**               **TX**    **77042**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Wilson Martinez**
Name
**c/o Guadalupe Garcia**
Number      Street
**4127 Grimes Street**


**Houston**               **TX**    **77087**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $10,922.96 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.    **$10,922.96** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $283,044.69 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.    **$283,044.69** |

**Fill in this information to identify your case:**

| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Ready Refresh by Nestle** <br> Name <br> **PO Box 856680** <br> Number     Street <br><br> **Louisville**          **KY**     **40285-6680** <br> City          State     ZIP Code | **Month to Month Leasehold Service - Water Cooler/Dispenser/Water Contract to be REJECTED** |
| 2.2 | **Ricoh/Wells Fargo** <br> Name <br> **PO Box 650016** <br> Number     Street <br><br> **Dallas**          **TX**     **75265-0016** <br> City          State     ZIP Code | **Copy Machine Leasehold via Executory Contract. Contract to be REJECTED** |

---

**Fill in this information to identify your case:**

Debtor 1        **Carolyn**          **Denise**          **Campbell**
                First Name           Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name          Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
  amended filing

---

Official Form 106H

## Schedule H: Your Codebtors                                          12/15

**Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.**

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?   **Texas**        Fill in the name and current address of that person.

      **Monte  Campbell**
      Name of your spouse, former spouse, or legal equivalent
      **Deceased**
      Number        Street

      City                              State        ZIP Code

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**                              *Column 2:*  **The creditor to whom you owe the debt**

                                                              Check all schedules that apply:

   | 3.1 | **Carla Raynelle Pronio** |
   |     | Name |

   **3919 Farmont Parkway**
   Number      Street

   **Pasadena**                      **TX**        **77504**
   City                              State        ZIP Code

   ☐ Schedule D, line _____

   ☑ Schedule E/F, line   **4.44**

   ☐ Schedule G, line _____
   **Pearland State Bank**

---

Debtor 1    **Carolyn Denise Campbell**                                   Case number (if known) _____

---

| **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Carla Raynelle Pronio** |
|-----|---------------------------|

Name

**3919 Farmont Parkway**
Number      Street

**Pasadena**                          **TX**        **77504**
City                                  State         ZIP Code

☑ Schedule D, line ___**2.3**___

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**Nissan Motor Acceptance Corp.**

**Fill in this information to identify your case:**

Debtor 1          **Carolyn**          **Denise**          **Campbell**
                  First Name           Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name         Last Name

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Formely Self Employed/Retired** | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $0.00 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + $0.00 | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.  $0.00 | |

Debtor 1   **Carolyn Denise Campbell** _____

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ 4. | **$0.00** | |

5.   **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | |
| 5e. | Insurance | 5e. | **$0.00** | |
| 5f. | Domestic support obligations | 5f. | **$0.00** | |
| 5g. | Union dues | 5g. | **$0.00** | |
| 5h. | Other deductions. Specify: _____ | 5h. **+** | **$0.00** | |

6.   **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   **$0.00**

7.   **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   **$0.00**

8.   **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | **Interest and dividends** | 8b. | **$0.00** | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | **Unemployment compensation** | 8d. | **$0.00** | |
| 8e. | **Social Security** | 8e. | **$1,669.00** | |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:  **N/A** | 8f. | **$0.00** | |
| 8g. | **Pension or retirement income** | 8g. | **$969.20** | |
| 8h. | **Other monthly income.** Specify:  **See continuation sheet** | 8h. **+** | **$0.00** | |

9.   **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   **$2,638.20**

10.   **Calculate monthly income.**   Add line 7 + line 9.   10.   **$2,638.20**   **+**   _____   **=**   **$2,638.20**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.   **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:  **N/A**   11.   **+**   **$0.00**

12.   **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.   Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$2,638.20**

**Combined monthly income**

13.   **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**

☐ Yes. Explain:

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| 8h. **Other Monthly Income (details)** | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| N/A | $0.00 | |
| N/A | $0.00 | |
| N/A | $0.00 | |
| Totals: | $0.00 | |

**Fill in this information to identify your case:**

Debtor 1    **Carolyn**      **Denise**      **Campbell**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent....................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**     4.     **$0.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes     4a.     **$0.00**

   4b. Property, homeowner's, or renter's insurance     4b.     **$500.00**

   4c. Home maintenance, repair, and upkeep expenses     4c.     **$465.00**

   4d. Homeowner's association or condominium dues     4d.     **$10.83**

Debtor 1    **Carolyn Denise Campbell**                                     Case number (if known) _____

|  | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| **6.** | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$395.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$130.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$160.00** |
| | 6d.  Other.  Specify:   **N/A** | 6d. | **$0.00** |
| **7.** | **Food and housekeeping supplies** | 7. | **$430.00** |
| **8.** | **Childcare and children's education costs** | 8. | **$0.00** |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| **10.** | **Personal care products and services** | 10. | **$100.00** |
| **11.** | **Medical and dental expenses** | 11. | **$100.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$300.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | **$151.66** |
| **15.** | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$0.00** |
| | 15b.  Health insurance | 15b. | **$0.00** |
| | 15c.  Vehicle insurance | 15c. | **$80.00** |
| | 15d.  Other insurance.  Specify:   **N/A** | 15d. | **$0.00** |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **N/A** | 16. | **$0.00** |
| **17.** | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **Automobile Installement Payment** | 17a. | **$300.00** |
| | 17b.  Car payments for Vehicle 2    **N/A** | 17b. | **$0.00** |
| | 17c.  Other.  Specify: **N/A** | 17c. | **$0.00** |
| | 17d.  Other.  Specify: **N/A / N/A** | 17d. | **$0.00** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** **N/A** | 18. | **$0.00** |
| **19.** | **Other payments you make to support others who do not live with you.** Specify:   **N/A** | 19. | **$0.00** |

Debtor 1    **Carolyn Denise Campbell**        Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $0.00 |
| 20b. | Real estate taxes | 20b. | $0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $0.00 |

**21.** **Other.** Specify: _____    21.   **+** _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $3,172.49 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $3,172.49 |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $2,638.20 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−** $3,172.49 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | ($534.29) |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

**1.**    *Schedule A/B: Property* (Official Form 106A/B)

1a.   Copy line 55, Total real estate, from Schedule A/B...................................................................    **$491,019.00**

1b.   Copy line 62, Total personal property, from Schedule A/B...........................................................    **$299,468.20**

1c.   Copy line 63, Total of all property on Schedule A/B.....................................................................    **$790,487.20**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.**    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....    **$169,738.13**

**3.**    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................    **$10,922.96**

3b.   Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**    **$283,044.69**

**Your total liabilities**    **$463,705.78**

### Part 3:    Summarize Your Income and Expenses

**4.**    *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I.........................................................................    **$2,638.20**

**5.**    *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J..................................................................................    **$3,172.49**

Debtor 1   **Carolyn Denise Campbell** _____   Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a.  Domestic support obligations.  (Copy line 6a.)     _____

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)     _____

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)     _____

   9d.  Student loans.  (Copy line 6f.)     _____

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)     _____

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)     **+** _____

   9g.  **Total.**  Add lines 9a through 9f.     _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Carolyn Denise Campbell**          X _____
Carolyn Denise Campbell, Debtor 1             Signature of Debtor 2

Date **06/02/2020**                          Date _____
MM / DD / YYYY                                MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Carolyn Denise Campbell**                              Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$55,384.74** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__ )<br>　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$163,880.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__ )<br>　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$259,594.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☒ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Social Security Benefits**<br>**Retirement Income** | **$8,345.00**<br>**$4,846.00** | _____<br>_____ | _____<br>_____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__ )<br>　　　　　　　　　YYYY | **Social Security Benefits**<br>**Retirement Income**<br>**Tax Exempt Interest**<br>**Business Sales Inc. -**<br>**Driving School** | **$21,438.00**<br>**$11,630.00**<br>**$1,655.00**<br>**$40,872.00** | _____<br>_____<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__ )<br>　　　　　　　　　YYYY | **Social Security Benefits**<br>**Retirement Income**<br>**Tax Exempt Interest** | **$20,844.00**<br>**$11,630.00**<br>**$4,198.00** | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

| | **Business Sales Inc. -** | **$40,872.00** | | |
| | **Driving School** | | | |

---

### Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☒ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Pearland State Bank**<br>Creditor's name | | $3,559.26 | $126,023.82 | ☒ Mortgage |
| **2301 North Main**<br>Number    Street | **March, April and May 2020** | | | ☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors |
| **Pearland**        **TX**    **77581**<br>City        State    ZIP Code | | | | ☐ Other _____ |
| **Pearland State Bank**<br>Creditor's name | | $900.00 | $17,946.60 | ☐ Mortgage |
| **2301 North Main**<br>Number    Street | **March, April and May 2020** | | | ☒ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors |
| **Pearland**        **TX**    **77581**<br>City        State    ZIP Code | | | | ☐ Other _____ |
| **Mike Goudy**<br>Creditor's name | | $5,000.00 | $0.00 | ☐ Mortgage |
| **400 Briarmeadow**<br>Number    Street | **May 27. 2020** | | | ☐ Car<br>☐ Credit card<br>☒ Loan repayment<br>☐ Suppliers or vendors |
| **Friendswood**        **TX**    **77546**<br>City        State    ZIP Code | | | | ☐ Other _____ |

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

|  | | | | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|---|---|---|

**Capital One**
Creditor's name
**PO Box 60599**
Number    Street

| | | |
|---|---|---|
| Dates of payment | Total amount paid | Amount you still owe |

March 14, 2020 — $816.74 — $0.00

Was this payment for...
- [ ] Mortgage
- [ ] Car
- [x] Credit card
- [ ] Loan repayment
- [ ] Suppliers or vendors
- [ ] Other _____

**City of Industry**       **CA**    **91716-0599**
City                 State    ZIP Code

---

**Capital One**
Creditor's name
**PO Box 60599**
Number    Street

Dates of payment | Total amount paid | Amount you still owe

May 9, 2020 — $976.26 — $0.00

Was this payment for...
- [ ] Mortgage
- [ ] Car
- [x] Credit card
- [ ] Loan repayment
- [ ] Suppliers or vendors
- [ ] Other _____

**City of Industry**       **CA**    **91716-0599**
City                 State    ZIP Code

---

**Internal Revenue Service**
Creditor's name
**P O Box 7346**
Number    Street

Dates of payment | Total amount paid | Amount you still owe

April 30, 2020 — $1,500.00 — $10,922.96

Was this payment for...
- [ ] Mortgage
- [ ] Car
- [ ] Credit card
- [ ] Loan repayment
- [ ] Suppliers or vendors
- [x] Other **941/940 Payroll Tax**

**Philadelphia**       **PA**    **19101-7346**
City                 State    ZIP Code

---

**Internal Revenue Service**
Creditor's name
**P O Box 7346**
Number    Street

Dates of payment | Total amount paid | Amount you still owe

May 28, 2020 — $7,400.00 — $10,922.96

Was this payment for...
- [ ] Mortgage
- [ ] Car
- [ ] Credit card
- [ ] Loan repayment
- [ ] Suppliers or vendors
- [x] Other **941/940 Payroll Tax**

**Philadelphia**       **PA**    **19101-7346**
City                 State    ZIP Code

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

- [ ] No
- [x] Yes.  List all payments to an insider.

| | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|---|

**Mike Goudy**
Insider's name
**400 Briarmeadow**
Number    Street

June 27, 2019 and May 27, 2020 — $10,000.00 — $0.00 — **Business Loan**

**Friendswood**       **TX**    **77546**
City                 State    ZIP Code

Debtor 1    **Carolyn Denise Campbell**                                          Case number (if known) _____

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒ No
☐ Yes.  Fill in the details.

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes.  Fill in the details.

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes.  Fill in the details for each gift.

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☒ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed Church Tithes | Date you contributed | Value |
|---|---|---|---|
| **Sagemont Church** <br> Charity's Name | | **May 2019** | **$1,819.92** |
| **11300 S Sam Houston Pkwy E,** <br> Number    Street | | **May 2020** | |
| | | | |
| **Houston**              **TX**    **77089** <br> City                        State    ZIP Code | | | |

Debtor 1    **Carolyn Denise Campbell**                                    Case number (if known) _____

| **Part 6:** | **List Certain Losses** |

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling** <br> Person Who Was Paid | **Credit Counseling Pursuan to 11 USC 109(h) and 111.** | | |
| **17337 Ventura Boulevard, Suite 205** <br> Number      Street | | **5/14/2020** | **$25.00** |
| | | | |
| **Encino          CA     91316** <br> City                State     ZIP Code | | | |
| **http://www.abacuscc.org/images/Abacus** <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |
| | **Description and value of any property transferred** <br> **Bankrutcy Attorney Fees.** | **Date payment or transfer was made** | **Amount of payment** |
| **Jesse Aguinaga, Attorney at Law PC** <br> Person Who Was Paid | | | |
| **8323 Southwest Freeway, Ste. 670** <br> Number      Street | | **05/29/2020** | **$5,500.00** |
| | | | |
| **Houston          TX     77074** <br> City                State     ZIP Code | | | |
| **jfa@aguinagaandassociates.com** <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

Debtor 1   **Carolyn Denise Campbell** _____   Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:   Identify Property You Hold or Control for Someone Else**

---

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Carolyn Denise Campbell**          Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Gulf Coast Driving School, Inc.**
Business Name

**1701 Shaver Street**
Number    Street

_____

**Pasadena**       **TX**   **77502-2027**
City                State   ZIP Code

Describe the nature of the business
**Driver's Learning School**

Name of accountant or bookkeeper
**Keller & Sadler, CPAs**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 7  6  –  0  2  8  8  6  5  9

Dates business existed

From  ecember 198   To  04/01/2018

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

**Capitol Bail Bonds** _____
Business Name

**607 Houston Avenue** _____
Number    Street

_____

**Houston**          **TX**    **77007-7707**
City               State    ZIP Code

**Describe the nature of the business**
**Bail Bond Service**

**Name of accountant or bookkeeper**
**Keller & Sadler, CPAs**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  7   6 – 0   3   3   2   8   9   6

**Dates business existed**

From    **May 1988**      To **06/02//2020**

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Carolyn Denise Campbell** _____    X _____
Carolyn Denise Campbell, Debtor 1                  Signature of Debtor 2

Date   **06/02/2020** _____                  Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
_____                           *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **Harris County et al.**<br><br>Description of property securing debt:    **607 Houston Avenue , Houston, TX 77007-7707** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name:    **Harris County et al.**<br><br>Description of property securing debt:    **Business Implements/Equipment/Furnishings** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name:    **Nissan Motor Acceptance Corp.**<br><br>Description of property securing debt:    **2018 Nissan Rogue (approx. 44,918 miles)** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Pearland State Bank** | ☒ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ☐ Yes |
| Description of property securing debt: **607 Houston Avenue , Houston, TX 77007-7707** | | |
| Creditor's name: **Pearland State Bank** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☒ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ☐ Yes |
| Description of property securing debt: **2014 Mercedes E350 (approx. 31,319 miles)** | | |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name: **Ready Refresh by Nestle** Description of leased property: **Month to Month Leasehold Service - Water Cooler/Dispenser/Water** | ☒ No ☐ Yes |
| Lessor's name: **Ricoh/Wells Fargo** Description of leased property: **Copy Machine Leasehold via Executory Contract.** | ☒ No ☐ Yes |

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Carolyn Denise Campbell** _____    X _____
Carolyn Denise Campbell, Debtor 1                     Signature of Debtor 2

Date **06/02/2020** _____                          Date _____
MM / DD / YYYY                                         MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Chapter 12:  Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **Carolyn Denise Campbell**

Case No. _____

Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..........................Hourly: Estimated Total     **$5,500.00**

Prior to the filing of this statement I have received.......................................................     **$5,500.00**

Balance Due............................................................................Hourly: Approximately     **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border: 1px solid black; padding: 10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/02/2020** | **/s/ Jesse Aguinaga** | |
| --- | --- | --- |
| *Date* | *Jesse Aguinaga* | Bar No.  00798026 |
| | Jesse Aguinaga | |
| | 8323 Southwest freeway Suite 670 | |
| | Houston Tx 77074 | |
| | Phone: (713) 772-7986 / Fax: (713) 772-7725 | |

</div>

**/s/ Carolyn Denise Campbell**

*Carolyn Denise Campbell*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Carolyn Denise Campbell**                                    CASE NO

                                                                                          CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/2/2020 _____                Signature   **/s/ Carolyn Denise Campbell** _____
                                                                                    ***Carolyn Denise Campbell***

Date _____          Signature _____

Acxel Maudilio Coronado
c/o Marlon M. Angeles
14822 Mesa Drive
Houston, TX 77053


Adrian Cardenas
c/o Sabino Yglesias
8600 South Course Drive #1919
Houston, TX 77099


ADT Security Service
PO Box 371878
Pittsburgh, PA 15250-7878


American Express
PO Box 650448
Dallas, TX 75265


American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184


Andreas Tomescu
c/o Laura Tomescu
6600 Dunlap #200
Houston, TX


Barbara Arnold
4065 Osby Drive
Houston, TX 77025


Bridgett J. Ford
Regional Account Resolution Spec.
1738 Bass Road
Macon, GA 31210


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo,NY 14206-2317

```
Capital One
PO Box 60599
City of Industry, CA 91716-0599



Carla Raynelle Pronio
3919 Farmont Parkway
Pasadena, TX 77504



Chase Amazon Prime
PO Box 15123
Wilmiington, DE 19805



Chase Bank
PO Box 6026
Chicago, IL 60680-6026



Chris Christman
c/o Raquel Christman
5900 Selinksky Road #106
Housoton, TX 77048



Chris Cruz
3206 McElroy Drive
Austin, TX 78757



City of Houston Water
POBox 1560
Houston, TX 77251-1560



Comcast Business
PO Box 60533
City of Industry, CA 91716-0533



Constallation New Energy
PO Box 5471
Carol Stream, IL 60197-5471
```

Cruz Gregovio Garcia
c/o Peggy Luna
6000 West Sunforest Drive #2415
Houston, TX 77092


Derit Maldonado
c/o Katia Romero
4507 Rawlings Street
Houston, TX 77006


Dillards/Wells Fargo
PO Box 51193
Los Angeles, CA 90051-5493


Discover Bank
Discover Card
PO Box 30923
Salt Lake City, UT 84130


Donnie London
c/o Camalia Smith
4840 Jarmese Street
Houston, TX 77033


Douglas Talon Perez
c/o Edwin R. Tolon Tecu
7930 Corporate Drive #129
Houston, TX


Equifax
1550 Peachtree Street NE
 Atlanta, GA 30309


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


First National Bank of Omaha
PO Box 2557
Omaha, NE 68103-2557

Francisco Gonzalez-Hernandez
c/o Rosalina Gomez-Arias
6401 Skyline Drive
Houston, TX 77057


Francisco Gonzalez-Martinez
c/o Eric Galicia
21703 Timber Lane
Porter, TX 77365


Gilbert Sis
c/o Octavio Sandoval
18823 Summer Home Drive
Humble, TX 77346


Good Law Firm
5604 Old Bullard Road, Ste. 102
Tyler, TX 75703


Harris County Attorney's Office
1019 Congress Street, Ste 15
Houston, TX 77002


Harris County District Attorney's Office
1201 Franklin Street,  Ste 600,
Houston, TX 77002


Harris County et al.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064


Harris County Sheriff's Office
JPC- Bonding Division
700 North San Jacinto Street
Houston, Texas 77002


Harris County Treasurer's Office
1001 Preston, Rm 652
Houston, TX  77002

```
Hector J. Diaz Mejia
c/o Tesla  Reyes Ayala
2187 Hodges
Houston, TX


Hector J. Diaz Mejia
c/o Tesla Reyes Ayala
2187 Hodges Street
Houston, TX 77521


Ines Franco-Alfaro
c/o Fermin Franco-Alfaro
8627 Morley Street
Houston, TX 77061


Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346



Jeovanny Misael
Ostorga Hernandez
c/o Johhny Diaz
5738 Fontenelle Drive
Houston, TX 77035

Jessica Asocar
c/o Ashely Wright
3817 Polk Lane
Deer Park, TX 77536


Jonatan Marmolejo
c/o Martin Marmolejo
6410 Kernel Street
Houston, TX 77087


Jose Alfredo
c/o Nora R. Castillo
14121 Callahan Drive
Houston, TX 77049


Jose Carlos Funez
c/o Katia Romero
4507 Rawlings Street
Houston, TX 77006
```

```
Jose Ola
c/o Jose Ruiz
9807 Plum Ridge Drive
Houston, TX 77064


Jose R. Alvarez-Campos
c/o Isara Solorzano
4330 Baneway Drive
Houston, TX 77072


Jose Salvador
c/o Maria Gonzalez
5947 Hartwick Road
Houston, TX 77016


Juan Alberto Flores
c/o Victoria Bravo
27808 Red Fox Road
Tomball, TX 77377


Juan Francisco Flores
c/o Maris Hernandez
7930 Corporate #149
Houston, TX 77036


Julian J. Baquiax-Vasquz
c/o Santos Rosales
6200 Marinette Drive
Houston, TX 77036


Kenia Strevalo Jiminez
c/o Abby Santos
6311 Brooklawn Drive
Houston, TX 77085


Llobani Fernandez
c/o Mayra Fernandez
8614 Anacortes Street
Houston, TX 77016


Lowe's
PO Box 530970
Atlanta, GA 30353-0970
```

Manuel Rocha
c/o David Zalazar and
Frank De La O
Houston, TX


Marcelino J. Tale-Tiu
c/o Elizabeth Reuna & Carlos Tale-Tiu
12117 Aldine Westfield Road
Houston, TX 77093


Mariel Vasquez
c/o Hermes Meza
524 Hill Road
Houston, TX 77037


Mike Goudy
400 Briarmeadow
Friendswood, TX 77546


Nissan Motor Acceptance Corp.
POB 660366
Dallas, TX 75266


Office Depot
PO Box 78004, Dept. 56
Phoenix, AZ 85062-8004


Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548


Oscar Rodriguez
c/o Jill Richardson
2815 Rasberry Lane
Pasadena, TX 77502


Pearland State Bank
2301 North Main
Pearland, TX 77581

Perdue Brandon Fielder Collins & Motts
Fielder Collins & Motts LLP
1235 North Loop West Suite 600
Houston, TX 77008


Provident Life & Accident Insurnce Co.
PO Box 740591
Atlanta, GA 30374-0591


Ready Refresh by Nestle
PO Box 856680
Louisville, KY 40285-6680


Richie Desira
c/o Renee M. Rodriguz
10330 Pillot Street
Houston, TX 77029


Ricoh/Wells Fargo
PO Box 650016
Dallas, TX 75265-0016


Rocael E. Lopez
c/o Esteban A. Gonzalez
16243 April Ridge Drive
Houston, TX77083


Ruben Hernandez-Jimenez
c/o Arnulfo Banda
10107 Southport Drive
Housto, TX 77089


Samuel Hernandez
c/o Laura Nunez Ramos
4742 Yale #28
Houston, TX 77018


Synchrony Bank/Care Credit
PO Box 960061
Orlando, FL 32896-0061

Synchrony Bank/HSN Card
PO Box 530905
Atlanta, GA 30353-0905


Synchrony Bank/QVC
PO Box 530905
Atlanta, GA 30353-0905


Talon Taylor
5411 Laura Lee Lane
Pasadena, TX 77504


Texas Comptroller of Public Accounts
111 East 17th Street
Austin, Texas, 78774


Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001


The Degrasse Law Firm, PC
1800 Bering Drive, Suite 1000
Houston, TX 77057


TJX Rewards/SYNCB
PO Box 530949
Atlanta, GA 30353-0949


TransUnion Credit Bureau
Wanderers Office Park
52 Corlett Drive, Illovo, 2196


US Bank
PO Box 108
St Louis, MO 63179-0408

US Bank/Kroger
PO Box 790408
St Louis, MO 63179-0408


US Trustee
Office of the US Trustee
515 Rusk Ave.,
Houston, TX 77002


Valente Pena Avila
c/o Jennifer Marin
61181 Rollins Street
Houston, TX 77091


William Batz Bulux
c/o Juana Petrona
9853 Meadowgglen Lane #171
Houston, TX 77042


Wilson Martinez
c/o Guadalupe Garcia
4127 Grimes Street
Houston, TX 77087

*Jesse Aguinaga, Bar No. 00798026*
*Jesse Aguinaga*
*8323 Southwest freeway Suite 670*
*Houston Tx 77074*
*(713) 772-7986*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                                        Case No.:

**Carolyn Denise Campbell** _____    SSN:  __xxx-xx-9668__

_____       SSN: _____

Debtor(s)                          **Numbered Listing of Creditors**

Address:

**2716 Green Tee Drive**              Chapter:   **7**
**Pearland, TX 77581-5021**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Acxel Maudilio Coronado<br>c/o Marlon M. Angeles<br>14822 Mesa Drive<br>Houston, TX 77053<br>xxxx xx. xxx0589 | Unsecured Claim | $700.00 |
| 2.  Adrian Cardenas<br>c/o Sabino Yglesias<br>8600 South Course Drive #1919<br>Houston, TX 77099<br>xxxx xxx. xxxxxxx & xxx6654 | Unsecured Claim | $4,000.00 |
| 3.  ADT Security Service<br>PO Box 371878<br>Pittsburgh, PA 15250-7878<br>1364 | Unsecured Claim | |
| 4.  American Express<br>PO Box 650448<br>Dallas, TX 75265<br>8005 | Unsecured Claim | $30,428.12 |
| 5.  American Express National Bank<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br>3005 | Unsecured Claim | $9,220.82 |
| 6.  American Express National Bank<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br>1006 | Unsecured Claim | $5,097.49 |

in re: **Carolyn Denise Campbell**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. American Express National Bank<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br>5000 | Unsecured Claim | $1,037.41 |
| 8. Andreas Tomescu<br>c/o Laura Tomescu<br>6600 Dunlap #200<br>Houston, TX<br>xxxx xx. xxx5130 | Unsecured Claim | $1,450.00 |
| 9. Barbara Arnold<br>4065 Osby Drive<br>Houston, TX 77025 | Unsecured Claim | $0.00 |
| 10. Bridgett J. Ford<br>Regional Account Resolution Spec.<br>1738 Bass Road<br>Macon, GA 31210 | Unsecured Claim | $0.00 |
| 11. Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo,NY 14206-2317<br>3778 | Unsecured Claim | $0.00 |
| 12. Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599<br>8430 | Unsecured Claim | $3,685.11 |
| 13. Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599<br>0342 | Unsecured Claim | $0.00 |
| 14. Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599<br>8579 | Unsecured Claim | $0.00 |
| 15. Chase Amazon Prime<br>PO Box 15123<br>Wilmiington, DE 19805<br>4927 | Unsecured Claim | $4,855.38 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.  Chase Bank<br>PO Box 6026<br>Chicago, IL 60680-6026<br>2920 | Unsecured Claim | $74,290.87 |
| 17.  Chase Bank<br>PO Box 6026<br>Chicago, IL 60680-6026<br>9973 | Unsecured Claim | $5,336.04 |
| 18.  Chase Bank<br>PO Box 6026<br>Chicago, IL 60680-6026<br>6115 | Unsecured Claim | $79.02 |
| 19.  Chris Christman<br>c/o Raquel Christman<br>5900 Selinsky Road #106<br>Housoton, TX 77048 | Unsecured Claim | $0.00 |
| 20.  Chris Cruz<br>3206 McElroy Drive<br>Austin, TX 78757 | Secured Claim | $0.00 |
| 21.  City of Houston Water<br>POBox 1560<br>Houston, TX 77251-1560<br>1202 | Unsecured Claim | $363.04 |
| 22.  Comcast Business<br>PO Box 60533<br>City of Industry, CA 91716-0533<br>3127 | Unsecured Claim | |
| 23.  Constallation New Energy<br>PO Box 5471<br>Carol Stream, IL 60197-5471 | Unsecured Claim | |
| 24.  Cruz Gregovio Garcia<br>c/o Peggy Luna<br>6000 West Sunforest Drive #2415<br>Houston, TX 77092 | Unsecured Claim | $0.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Derit Maldonado<br>c/o Katia Romero<br>4507 Rawlings Street<br>Houston, TX 77006<br>xxxx xx. xxxxxxx & xxx2969 | Unsecured Claim | $2,650.00 |
| 26.  Dillards/Wells Fargo<br>PO Box 51193<br>Los Angeles, CA 90051-5493<br>7042 | Unsecured Claim | $1,013.46 |
| 27.  Discover Bank<br>Discover Card<br>PO Box 30923<br>Salt Lake City, UT 84130<br>3778 | Unsecured Claim | $20,380.89 |
| 28.  Donnie London<br>c/o Camalia Smith<br>4840 Jarmese Street<br>Houston, TX 77033 | Unsecured Claim | $0.00 |
| 29.  Douglas Talon Perez<br>c/o Edwin R. Tolon Tecu<br>7930 Corporate Drive #129<br>Houston, TX<br>xxxx xx. xxx1436 | Unsecured Claim | $1,112.50 |
| 30.  Equifax<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Unsecured Claim | $0.00 |
| 31.  Experian<br>475 Anton Blvd.<br>Costa Mesa, CA 92626 | Unsecured Claim | $0.00 |
| 32.  First National Bank of Omaha<br>PO Box 2557<br>Omaha, NE 68103-2557<br>4522 | Unsecured Claim | $8,586.81 |
| 33.  Francisco Gonzalez-Hernandez<br>c/o Rosalina Gomez-Arias<br>6401 Skyline Drive<br>Houston, TX 77057<br>xxxx xx. xxx0890 | Unsecured Claim | $1,250.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Francisco Gonzalez-Martinez<br>c/o Eric Galicia<br>21703 Timber Lane<br>Porter, TX 77365<br>xxxx xx. xxx5745 | Unsecured Claim | $2,250.00 |
| 35.  Gilbert Sis<br>c/o Octavio Sandoval<br>18823 Summer Home Drive<br>Humble, TX 77346<br>xxxx xx. xxx6697 | Unsecured Claim | $850.00 |
| 36.  Good Law Firm<br>5604 Old Bullard Road, Ste. 102<br>Tyler, TX 75703 | Unsecured Claim | $9,842.81 |
| 37.  Harris County Attorney's Office<br>1019 Congress Street, Ste 15<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 38.  Harris County District Attorney's Office<br>1201 Franklin Street,  Ste 600,<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 39.  Harris County et al.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Secured Claim | $0.00 |
| 40.  Harris County et al.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Secured Claim | $7,668.23 |
| 41.  Harris County et al.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Secured Claim | $109.48 |
| 42.  Harris County Sheriff's Office<br>JPC- Bonding Division<br>700 North San Jacinto Street<br>Houston, Texas 77002 | Priority Claim | $0.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Harris County Treasurer's Office<br>1001 Preston, Rm 652<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 44. Hector J. Diaz Mejia<br>c/o Tesla  Reyes Ayala<br>2187 Hodges<br>Houston, TX | Unsecured Claim | |
| 45. Hector J. Diaz Mejia<br>c/o Tesla Reyes Ayala<br>2187 Hodges Street<br>Houston, TX 77521<br>xxxx xx. xxx6573 | Unsecured Claim | $1,250.00 |
| 46. Ines Franco-Alfaro<br>c/o Fermin Franco-Alfaro<br>8627 Morley Street<br>Houston, TX 77061<br>xxxx xx. xxx2619 | Unsecured Claim | $750.00 |
| 47. Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Priority Claim | $10,922.96 |
| 48. Jeovanny Misael<br>Ostorga Hernandez<br>c/o Johhny Diaz<br>5738 Fontenelle Drive<br>Houston, TX 77035<br>xxxx xx. xxx5569 | Unsecured Claim | $2,250.00 |
| 49. Jessica Asocar<br>c/o Ashely Wright<br>3817 Polk Lane<br>Deer Park, TX 77536 | Unsecured Claim | $0.00 |
| 50. Jonatan Marmolejo<br>c/o Martin Marmolejo<br>6410 Kernel Street<br>Houston, TX 77087 | Unsecured Claim | $0.00 |
| 51. Jose Alfredo<br>c/o Nora R. Castillo<br>14121 Callahan Drive<br>Houston, TX 77049<br>xxxx xx. xxx1090 | Unsecured Claim | $1,750.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Jose Carlos Funez<br>c/o Katia Romero<br>4507 Rawlings Street<br>Houston, TX 77006<br>xxxx xx. xxx2971 | Unsecured Claim | $2,000.00 |
| 53. Jose Ola<br>c/o Jose Ruiz<br>9807 Plum Ridge Drive<br>Houston, TX 77064<br>xxxx xx. xxx4034 | Unsecured Claim | $1,350.00 |
| 54. Jose R. Alvarez-Campos<br>c/o Isara Solorzano<br>4330 Baneway Drive<br>Houston, TX 77072<br>xxxx xx. xxx1962 | Unsecured Claim | $2,250.00 |
| 55. Jose Salvador<br>c/o Maria Gonzalez<br>5947 Hartwick Road<br>Houston, TX 77016<br>xxxx xx. xxx5674 | Unsecured Claim | $750.00 |
| 56. Juan Alberto Flores<br>c/o Victoria Bravo<br>27808 Red Fox Road<br>Tomball, TX 77377<br>xxxx xx. xxx1576 | Unsecured Claim | $2,250.00 |
| 57. Juan Francisco Flores<br>c/o Maris Hernandez<br>7930 Corporate #149<br>Houston, TX 77036 | Unsecured Claim | $0.00 |
| 58. Julian J. Baquiax-Vasquz<br>c/o Santos Rosales<br>6200 Marinette Drive<br>Houston, TX 77036<br>xxxx xx. xxx9715 | Unsecured Claim | $1,250.00 |
| 59. Kenia Strevalo Jiminez<br>c/o Abby Santos<br>6311 Brooklawn Drive<br>Houston, TX 77085<br>xxxx xx. xxx8083 | Unsecured Claim | $1,250.00 |
| 60. Llobani Fernandez<br>c/o Mayra Fernandez<br>8614 Anacortes Street<br>Houston, TX 77016<br>xxxx xx. xxx7679 | Unsecured Claim | $1,600.00 |

in re:  **Carolyn Denise Campbell**

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61.  Lowe's<br>PO Box 530970<br>Atlanta, GA 30353-0970<br>0725 | Unsecured Claim | $13,969.85 |
| 62.  Manuel Rocha<br>c/o David Zalazar and<br>Frank De La O<br>Houston, TX<br>xxxx xx. xxx9550 | Unsecured Claim | $2,155.00 |
| 63.  Marcelino J. Tale-Tiu<br>c/o Elizabeth Reuna & Carlos Tale-Tiu<br>12117 Aldine Westfield Road<br>Houston, TX 77093<br>xxxx xx. xxx4719 | Unsecured Claim | $2,250.00 |
| 64.  Mariel Vasquez<br>c/o Hermes Meza<br>524 Hill Road<br>Houston, TX 77037<br>xxx xx. xxx7212 | Unsecured Claim | $1,250.00 |
| 65.  Mike Goudy<br>400 Briarmeadow<br>Friendswood, TX 77546 | Unsecured Claim | $0.00 |
| 66.  Nissan Motor Acceptance Corp.<br>POB 660366<br>Dallas, TX 75266<br>0001 | Secured Claim | $17,990.00 |
| 67.  Office Depot<br>PO Box 78004, Dept. 56<br>Phoenix, AZ 85062-8004<br>9421 | Unsecured Claim | $2,220.45 |
| 68.  Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Priority Claim | $0.00 |
| 69.  Oscar Rodriguez<br>c/o Jill Richardson<br>2815 Rasberry Lane<br>Pasadena, TX 77502 | Unsecured Claim | $0.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70. Pearland State Bank<br>2301 North Main<br>Pearland, TX 77581<br>0838 | Unsecured Claim | $9,724.56 |
| 71. Pearland State Bank<br>2301 North Main<br>Pearland, TX 77581 | Secured Claim | $126,023.82 |
| 72. Pearland State Bank<br>2301 North Main<br>Pearland, TX 77581 | Secured Claim | $17,946.60 |
| 73. Perdue Brandon Fielder Collins & Motts<br>Fielder Collins & Motts LLP<br>1235 North Loop West Suite 600<br>Houston, TX 77008 | Secured Claim | $0.00 |
| 74. Provident Life & Accident Insurnce Co.<br>PO Box 740591<br>Atlanta, GA 30374-0591 | Unsecured Claim | $0.00 |
| 75. Richie Desira<br>c/o Renee M. Rodriguz<br>10330 Pillot Street<br>Houston, TX 77029 | Unsecured Claim | $0.00 |
| 76. Ricoh/Wells Fargo<br>PO Box 650016<br>Dallas, TX 75265-0016<br>5168 | Unsecured Claim | $1,950.57 |
| 77. Rocael E. Lopez<br>c/o Esteban A. Gonzalez<br>16243 April Ridge Drive<br>Houston, TX77083<br>xxxx xx. xxx6257 | Unsecured Claim | $850.00 |
| 78. Ruben Hernandez-Jimenez<br>c/o Arnulfo Banda<br>10107 Southport Drive<br>Housto, TX 77089<br>xxxx xx. xxx6164 | Unsecured Claim | $1,250.00 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. Samuel Hernandez<br>c/o Laura Nunez Ramos<br>4742 Yale #28<br>Houston, TX 77018<br>xxxx xx. xxx4926 | Unsecured Claim | $100.00 |
| 80. Synchrony Bank/Care Credit<br>PO Box 960061<br>Orlando, FL 32896-0061<br>2464 | Unsecured Claim | $3,923.32 |
| 81. Synchrony Bank/HSN Card<br>PO Box 530905<br>Atlanta, GA 30353-0905<br>0515 | Unsecured Claim | $3,384.53 |
| 82. Synchrony Bank/QVC<br>PO Box 530905<br>Atlanta, GA 30353-0905<br>5809 | Unsecured Claim | $558.36 |
| 83. Talon Taylor<br>5411 Laura Lee Lane<br>Pasadena, TX 77504<br>xxxx xx. xxx4521 | Unsecured Claim | $2,000.00 |
| 84. Texas Comptroller of Public Accounts<br>111 East 17th Street<br>Austin, Texas, 78774 | Priority Claim | $0.00 |
| 85. Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | Priority Claim | $0.00 |
| 86. The Degrasse Law Firm, PC<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057 | Unsecured Claim | $0.00 |
| 87. TJX Rewards/SYNCB<br>PO Box 530949<br>Atlanta, GA 30353-0949<br>1781 | Unsecured Claim | $2,717.21 |

in re:   **Carolyn Denise Campbell**

| | Debtor | Case No. (if known) |
| --- | --- | --- |

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 88.  TransUnion Credit Bureau<br>Wanderers Office Park<br>52 Corlett Drive, Illovo, 2196 | Unsecured Claim | $0.00 |
| 89.  US Bank<br>PO Box 108<br>St Louis, MO 63179-0408<br>2587 | Unsecured Claim | $17,983.81 |
| 90.  US Bank/Kroger<br>PO Box 790408<br>St Louis, MO 63179-0408<br>7821 | Unsecured Claim | $8,327.26 |
| 91.  US Trustee<br>Office of the US Trustee<br>515 Rusk Ave.,<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 92.  Valente Pena Avila<br>c/o Jennifer Marin<br>61181 Rollins Street<br>Houston, TX 77091<br>xxxx xx. xxx9689 | Unsecured Claim | $1,250.00 |
| 93.  William Batz Bulux<br>c/o Juana Petrona<br>9853 Meadowgglen Lane #171<br>Houston, TX 77042 | Unsecured Claim | $0.00 |
| 94.  Wilson Martinez<br>c/o Guadalupe Garcia<br>4127 Grimes Street<br>Houston, TX 77087 | Unsecured Claim | $0.00 |

in re:   **Carolyn Denise Campbell**
_____        _____
                                    Debtor                                                      Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Carolyn Denise Campbell**_____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    _Numbered Listing of Creditors,_

consisting of  ___12___   sheets (including this declaration), and that it is true and correct to the best of my information and belief.


Debtor:   **/s/ Carolyn Denise Campbell**_____        Date: 6/2/2020_____
              **Carolyn Denise Campbell**

**Fill in this information to identify your case:**

| Debtor 1 | Carolyn | Denise | Campbell |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:     Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

    ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.  Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

        If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

        If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Carolyn** | **Denise** | **Campbell** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

- [x] 1. There is no presumption of abuse.
- [ ] 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).
- [ ] 3. The Means Test does not apply now because of qualified military service but it could apply later.

- [ ] Check if this is an amended filing

## Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income                                04/20

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.**

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   - [ ] **Not married.** Fill out Column A, lines 2-11.

   - [ ] **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   - [ ] **Married and your spouse is NOT filing with you. You and your spouse are:**

     - [ ] **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     - [ ] **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Carolyn Denise Campbell**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➔    _____    _____

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➔    _____    _____

**7.    Interest, dividends, and royalties**    _____    _____

**8.    Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↴

For you..........................................................................    _____

For your spouse...........................................................    _____

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    _____    _____

Debtor 1    **Carolyn Denise Campbell** _____    Case number (if known) _____

| Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|

10. **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

---

### Part 2:    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.**  Follow these steps:

    12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** ➔  12a. [ _____ ]

    Multiply by 12 (the number of months in a year).    **X    12**

    12b. The result is your annual income for this part of the form.    12b. [ _____ ]

13. **Calculate the median family income that applies to you.**  Follow these steps:

    Fill in the state in which you live.    [ _____ ]

    Fill in the number of people in your household.    [ _____ ]

    Fill in the median family income for your state and size of household............................................................ 13. [ _____ ]

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, _There is no presumption of abuse._
    Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, _The presumption of abuse is determined by Form 122A-2._
    Go to Part 3 and fill out Form 122A-2.

Debtor 1   **Carolyn Denise Campbell** _____   Case number (if known) _____

---

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Carolyn Denise Campbell** _____   **X** _____
Carolyn Denise Campbell, Debtor 1                         Signature of Debtor 2

Date **6/2/2020** _____                        Date _____
    MM / DD / YYYY                                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.